

# THE THIRTEENTH COURT OF APPEALS

13-17-00401-CV

Texas Windstorm Insurance Association, Brush Country Claims, Ltd., and
David Gutierrez
v.
David James and Sue James

On Appeal from the
60th District Court of Jefferson County, Texas
Trial Court Cause No. B-183,464

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered in part and affirmed in part. The Court orders the judgment of the trial court REVERSED AND RENDERED IN PART and AFFIRMED IN PART. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

August 20, 2020